IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

In re:  VERONICA L. FULLER, Debtor                     Case No. 4:04-bk-23702
                                                                          Chapter 13

### AGREED ORDER GRANTING RELIEF FROM STAY

Pending before the Court is the Motion for Relief from the Automatic Stay and for Abandonment of Property ("**Motion**") (Doc. 55) filed on June 9, 2010, by U.S. Bank, N.A., its successors and/or assigns ("**Bank**").  A hearing is currently set for July 9, 2010 to consider Bank's Motion but need not be held because the trustee, debtors, and U.S. Bank have agreed that U.S. Bank's Motion should be granted.  As of June 4, 2010 Debtor is 12 (twelve) months in arrears in the amount of $15,351.67 and Debtor does not have the ability to catch the payments up, therefore relief should be granted.  Wherefore, based on the foregoing, and the Court's review of the file:

**IT IS, THEREFORE, CONSIDERED, ORDERED, AND ADJUDGED** that the automatic stay provisions of 11 U.S.C. § 362 be relaxed as to the following described property of the Debtors' bankruptcy estate:

LOT 555, TWIN LAKES SUBDIVISION, SECTION "G", IN THE CITY OF LITTLE ROCK, PULASKI COUNTY, ARKASNAS ("**Property**").

and as to the Debtors to the extent necessary to proceed against the Property.  U.S. Bank is released to pursue its lawful remedies against the Property, and the Property hereby is ordered abandoned from the Debtors' estate.

**IT IS FURTHER ORDERED** that U.S. Bank shall account for and remit to the Chapter 13 Trustee any surplus over the balance owed which may be realized by liquidation of the Property.

**IT IS FURTHER ORDERED** that Rule 4001(a)(3) of the Federal Rules of Bankruptcy

225920_1

Procedure does not apply in this case, and U.S. Bank may immediately enforce and implement this order granting U.S. Bank relief from the automatic stay.

**IT IS FURTHER ORDERED** that the provisions of 11 U.S.C. § 362 remain in full force and effect as to the Debtors and the remaining property of the Debtors' estate not otherwise affected by this or other orders of this Court.

**IT IS FURTHER ORDERED** that the hearing currently set for July 9, 2010 with regard to this Motion is cancelled.

**IT IS SO ORDERED.**

           Dated: 07/08/2010

**Honorable**
**United States Bankruptcy Judge**

Dated:_____

WE ASK FOR THIS:

EOD 7/8/2010
by A. Penrod

Rose Law Firm,
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
(501) 375-9131  (501) 375-1309 (fax)

By:  /s/ Frank H. Falkner
      Frank H. Falkner ABA # 2004202

**Attorneys for U. S. Bank, N.A.**

**Danyelle J. Walker**
LAW OFFICE OF DANYELLE WALKER, PLLC
323 Center Street, Ste. 1315
Little Rock, AR  72201
(501) 374-1448
Fax: (501) 374-1454
danyellewalker@yahoo.com

By:  /s/Danyelle J. Walker
    Danyelle J. Walker  (ABA #_____)

225920

**Attorney for Debtor**

Joyce Bradley Babin
U.S. Bankruptcy Trustee
P.O. Box 8064
Little Rock, AR 72203

By: `/s/Patt Pine for`
Joyce Bradley Babin, Trustee
Ark. Bar No._____

225920